# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

ORIZON AEROSTRUCTURES, LLC, and
ORIZON MANAGEMENT INCENTIVE
LLC,

          Plaintiffs,

v.                                              Case No:   23-2069-EFM

JUSTIN J. CRUMLEY, VALENCE
SURFACE TECHNOLOGIES, LLC, and
CHROME PLUS INTERNATIONAL, LLC,

          Defendants,

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order, Doc. 86, filed on May 11, 2023, the Court *sua sponte* GRANTS Defendants summary judgment on Plaintiffs' claim for violation of the DTSA.

IT IS FURTHER ORDERED that Plaintiffs' remaining state law claims are dismissed for lack of subject matter jurisdiction under Rule 12(b)(1).

IT IS FURTHER ORDERED that Plaintiffs' Motion for Preliminary Injunction (Doc. 63) is DENIED as moot.

   5/11/2023                                          SKYLER O'HARA
      Date                                              CLERK OF THE DISTRICT COURT

                                                        by:   s/  Cindy McKee
                                                                Deputy Clerk